USA
vs.
Steve Choi

CR 20-006 (KBJ)

## STATEMENT OF THE OFFENSE

1. Defendant, STEVE CHOI ("CHOI"), agrees that the following summary fairly and accurately sets forth the Defendant's offense conduct and provides a sufficient factual basis for his guilty plea:

2. CHOI is a resident of Potomac, Maryland.

3. CHOI was the founder, President, and operator of the following companies (collectively referred herein as "the Entities"),[1] which provided food services within government buildings located inside and outside the District of Columbia:

- IL Creation of Maryland, Inc.        (EIN 52-2319123)
- IL Creation of Washington DC, Inc.   (EIN 20-2850165)
- JAC-USDA, Inc.                       (EIN 46-1381718)
- ITLC-LOC, Inc.                       (EIN 45-3581766)
- ILCC, Inc.                           (EIN 01-0953612)
- IL Creation The Market Place, Inc.   (EIN 52-2146991)
- IL Green, Inc.                       (EIN 45-2233796)
- Market Place Parklawn, Inc.          (EIN 45-2521969)
- IL Creations, Inc.                   (EIN 26-3030971)

### *Sales Tax Fraud*

4. CHOI, as the founder, President, and operator of the Entities, was responsible to collect, account for, and pay over sales taxes on behalf of the Entities to the District of Columbia Office of Tax and Revenue. Beginning in or around 2011 and continuing until 2015, he willfully failed to account for and pay over $6,285,955.17 in sales taxes. These tax losses are summarized in the chart below:

---

[1] CHOI was additionally an owner of some of the Entities.

1

| SALES TAX DUE AND OWING FOR THE ENTITIES WITHIN THE DISTRICT OF COLUMBIA (2011-2015) | | | |
|---|---|---|---|
| Entity | EIN | Sales Tax Account # | Sales Tax Due |
| IL Creations, Inc. | 26-3030971 | 350000069415 | $634,631.47 |
| IL Creation of Washington DC, Inc. | 20-2850165 | 350000058776 | $129,318.50 |
| ITLC-LOC INC. | 45-3581766 | 350000080991 | $768,058.08 |
| | 45-3581766 | 350000081586 | $567,817.21 |
| JAC-USDA, INC | 46-1381718 | 350000086303 | $586,855.72 |
| | 46-1381718 | 350000101783 | $831,851.11 |
| ILCC, INC. | 01-0953612 | 350000075338 | $1,443,155.49 |
| IL Creation the Market Place, Inc. | 52-2146991 | 350000031291 | $772,397.20 |
| IL Creation of MD, INC. | 52-2319123 | 350000070115 | $74,774.59 |
| | 52-2319123 | 350000072142 | $278,583.95 |
| | 52-2319123 | 350000067081 | $81,707.67 |
| | 52-2319123 | 350000064569 | $65,409.41 |
| | 52-2319123 | 350000070117 | $43,091.91 |
| | 52-2319123 | 350000070114 | $212,862.85 |
| Totals | | | $6,285,955.17 |

*Employment Tax Fraud*

5. From 2010 to 2015, the Entities additionally accrued a multi-million employment tax liability. (The chart below summarizes when the tax liabilities accrued. The core of the criminal employment tax conduct occurred between 2012 and 2015.) As the President and operator of the Entities, CHOI was a "responsible person," that is he had the corporate responsibility to collect, truthfully account for, and pay over payroll taxes. CHOI exercised control over the Entities' business affairs, including hiring and firing employees, directing employees in their work duties, approving payments, and making financial decisions. Ultimate and final decision-making authority regarding the Entities' business activities rested with CHOI.

6. CHOI knew about the Entities' employment tax liabilities as early as 2011, if not earlier, and was frequently apprised between 2011 and 2015 of his payroll tax responsibilities

2

with respect to the Entities. From 2011 to 2015, CHOI was told of the accruing employment tax liability by the Entities' employees, and was separately informed that the Entities had accrued an employment tax liability by correspondence from the IRS and when interviewed by Revenue Officers and Agents from the IRS, including on March 30, 2011. In the March 30, 2011 interview, CHOI acknowledged that he had the authority and responsibility to pay employment taxes when due.

7. During the period 2011 through 2015, CHOI caused the Entities to make millions of dollars of expenditures, including expenditures for CHOI's personal benefit while, at the same time, failing to pay over to the IRS payroll taxes withheld from employees' paychecks. For example, CHOI caused the Entities to spend over a million dollars from 2011 through 2015 in personal salary and advances to himself and donations to his church. CHOI also instructed employees to pay other business expenses, including expenses related to the opening and operating new locations when he was aware that taxes were due and owing.

8. As summarized in the chart below, on or about the dates listed, in the District of Columbia, CHOI did willfully fail to truthfully account for and pay over to the IRS the FICA and federal income taxes due and owing to the United States of America from the total taxable wages of the Entities' employees, as well as the employer matching portion, for the amounts and for each quarter listed:

| TOTAL EMPLOYMENT TAX DUE AND OWING FOR THE ENTITIES (2011-2015) | | | | | |
|---|---|---|---|---|---|
| Entity | Period | Employer Tax Due | Trust Fund Tax Due | Total Deposits and Payments | Tax Due and Owing |
| IL Creation of Maryland Inc. (EIN 52-2319123) | 2012/06 | $85,752.71 | $190,756.71 | $9,090.78 | $267,418.64 |
| | 2013/06 | $99,632.73 | $209,327.73 | $305,483.82 | $3,476.64 |
| | 2013/09 | $97,604.40 | $202,284.40 | $0.00 | $299,888.80 |
| | 2013/12 | $85,481.98 | $176,780.98 | $20,000.00 | $242,262.96 |
| JAC-USDA, Inc (EIN 46-1381718) | 2013/06 | $26,812.48 | $59,408.48 | $16,869.16 | $69,351.80 |
| | 2013/09 | $22,711.54 | $49,260.54 | $0.00 | $71,972.08 |
| | 2013/12 | $46,606.00 | $96,193.00 | $448.08 | $142,350.92 |
| | 2014/03 | $44,738.22 | $91,343.22 | $0.00 | $136,081.44 |
| | 2014/06 | $56,486.97 | $115,530.97 | $0.00 | $172,017.94 |
| | 2014/09 | $50,754.16 | $103,257.16 | $0.00 | $154,011.32 |
| | 2014/12 | $59,566.34 | $121,666.34 | $0.00 | $181,232.68 |
| | 2015/03 | $48,773.90 | $98,814.90 | $45,873.36 | $101,715.44 |
| | 2015/06 | $61,402.26 | $126,231.26 | $0.00 | $187,633.52 |
| | 2015/09 | $54,057.88 | $107,829.88 | $10,000.00 | $151,887.76 |
| ITLC-LOC, Inc. (EIN 45-3581766) | 2012/06 | $29,494.35 | $66,143.35 | $27,176.75 | $68,460.95 |
| | 2012/09 | $26,137.95 | $58,255.95 | $0.00 | $84,393.89 |
| | 2012/12 | $28,126.13 | $62,624.13 | $1,000.00 | $89,750.26 |
| | 2013/03 | $26,774.01 | $55,235.01 | $0.00 | $82,009.02 |
| | 2013/06 | $31,486.11 | $65,114.11 | $0.00 | $96,600.22 |
| | 2013/09 | $27,310.93 | $56,750.93 | $0.00 | $84,061.86 |
| | 2013/12 | $26,165.35 | $53,164.35 | $0.00 | $79,329.70 |
| | 2014/03 | $24,024.53 | $48,539.53 | $0.00 | $72,564.06 |
| | 2014/06 | $31,103.10 | $64,185.10 | $0.00 | $95,288.20 |
| | 2014/09 | $23,693.95 | $48,537.95 | $0.00 | $72,231.90 |
| | 2014/12 | $27,894.81 | $55,190.81 | $0.00 | $83,085.62 |
| | 2015/03 | $24,423.52 | $47,347.52 | $9,965.16 | $61,805.88 |
| | 2015/06 | $31,077.89 | $61,470.89 | $12,660.18 | $79,888.60 |
| | 2015/09 | $28,517.22 | $56,972.22 | $5,000.00 | $80,489.44 |

| | | | | | |
|---|---|---|---|---|---|
| ILCC, Inc. (EIN 01-0953612) | 2012/06 | $31,435.45 | $67,821.45 | $71,808.54 | $27,448.35 |
| | 2012/09 | $25,327.74 | $54,097.74 | $0.00 | $79,425.47 |
| | 2012/12 | $28,553.25 | $59,897.25 | $8,000.00 | $80,450.50 |
| | 2013/03 | $29,142.76 | $58,606.76 | $14,147.98 | $73,601.54 |
| | 2013/06 | $34,038.20 | $68,995.20 | $0.00 | $103,033.40 |
| | 2013/09 | $27,241.52 | $55,544.52 | $0.00 | $82,786.04 |
| IL Creation the Market Place Inc. (EIN 52-2146991) | 2012/06 | $9,524.28 | $23,539.28 | $22,173.81 | $10,889.75 |
| | 2012/09 | $10,678.01 | $26,319.01 | $0.00 | $36,997.01 |
| | 2012/12 | $7,827.93 | $20,601.93 | $2,000.00 | $26,429.86 |
| | 2013/03 | $10,968.23 | $24,255.23 | $5,357.88 | $29,865.58 |
| | 2013/06 | $7,836.68 | $16,888.68 | $0.00 | $24,725.36 |
| | 2013/09 | $8,940.39 | $19,247.39 | $0.00 | $28,187.78 |
| | 2013/12 | $6,073.34 | $13,123.34 | $0.00 | $19,196.68 |
| | 2014/03 | $10,350.79 | $20,718.79 | $0.00 | $31,069.58 |
| | 2014/06 | $10,266.74 | $21,926.74 | $0.00 | $32,193.48 |
| | 2014/09 | $9,224.26 | $20,326.26 | $0.00 | $29,550.52 |
| | 2014/12 | $10,514.26 | $22,992.26 | $0.00 | $33,506.52 |
| | 2015/03 | $6,954.29 | $14,962.29 | $0.00 | $21,916.58 |
| ILC Green, Inc. (EIN 45-2233796) | 2013/12 | $19,147.95 | $35,050.95 | $39,347.12 | $14,851.78 |
| | 2015/03 | $24,106.75 | $44,789.75 | $23,466.18 | $45,430.32 |
| | 2015/06 | $23,488.28 | $43,997.28 | $22,172.04 | $45,313.52 |
| | 2015/09 | $28,394.57 | $53,177.57 | $0.00 | $81,572.14 |
| | 2015/12 | $24,343.78 | $47,042.78 | $0.00 | $71,386.56 |
| Market Place Parklawn, Inc (EIN 45-2521969) | 2012/12 | $7,813.47 | $15,488.47 | $4,466.63 | $18,835.30 |
| | 2013/03 | $7,359.20 | $13,729.20 | $2,049.68 | $19,038.72 |
| | 2013/06 | $8,902.23 | $17,074.23 | $0.00 | $25,976.46 |
| | 2013/09 | $7,217.95 | $13,345.95 | $0.00 | $20,563.90 |
| IL Creation, Inc. (EIN 26-3030971) | 2013/09 | $7,073.35 | $13,593.35 | $0.00 | $20,666.70 |
| | 2013/12 | $5,654.34 | $10,454.34 | $864.64 | $15,244.04 |
| Total Employer Tax Due | | $1,675,011.41 | | | |
| Total Trust Fund Tax Due | | | $3,465,825.41 | | |
| Total Deposits and Payments | | | | $679,421.79 | |
| Total Employment Tax Due and Owing | | | | | $4,461,414.98 |

9. CHOI engaged in the conduct described above willfully and knowingly and not because of accident, mistake, or other innocent reason.

Sincerely yours,

ROSEMARY E. PAGUNI
Chief, Northern Criminal Enforcement Section
U.S. Department of Justice, Tax Division

JESSIE K. LIU
United States Attorney for the District of Columbia

By: _____
J.P. Cooney
Assistant United States Attorney
Jack Morgan
Eric C. Schmale
Trial Attorneys
U.S. Department of Justice,
Tax Division 150 M Street, N.W.
Washington, D.C. 20002
(202) 353-7580
(202) 514-5614

Defendant's Stipulation and Signature

After consulting with my attorney and pursuant to the plea agreement I entered into this day with the United States, I hereby stipulate that the above statement is true and accurate. I further stipulate that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: DEC 23 2019

Steve Choi, Defendant

Defense Counsel's Signature

I am Steve Choi's attorney. I have carefully reviewed the above statement of facts with him. To our knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date: 12-23-2019

Caroline Ciraolo
Counsel for the Defendant