# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 20-CR-0006 (KBJ)** |
| **v.** | : | |
| **STEVE CHOI,** | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF FILING OF REDACTED SENTENCING EXHIBITS

The United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby files this notice of filing of the government's redacted sentencing exhibits, pursuant to the Court's Order dated September 24, 2020. The redacted sentencing exhibits are attached as exhibits to this notice.

Respectfully submitted,

By: /s/ Eric Schmale
Jack Morgan, Trial Attorney
Jack.A.Morgan@usdoj.gov
202-353-7580
Eric Schmale, Trial Attorney
Eric.C.Schmale@tax.USDOJ.gov
(202) 514-5614
Veronica Sanchez, AUSA
VSanchez@usa.doj.gov
202-252-7518
Department of Justice Tax Division
150 M Street NE
Room 1.116
Washington, DC 20002

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Eric Schmale*
                                          ERIC C. SCHMALE
                                          Trial Attorney, Tax Division