# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 20-cr-006 (KBJ) |
| STEVE CHOI, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of Defendant's [31] Motion to Continue Surrender Date, and for good cause shown, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is

**FURTHER ORDERED** that Steve Choi be required to report to the Bureau of Prisons to serve his sentence no earlier than April 12, 2021.

Date: January 4, 2021

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge